UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON SEDLOFF,

    Plaintiff,

CASE NO.: 6:17-CV-102-ORL-28GJK

vs.

DIALAMERICA MARKETING, INC.,

    Defendant.                    /

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, SHARON SEDLOFF, by and through her undersigned counsel, and pursuant to Local Rule 3.08(a), hereby notifies this Court that the Parties have resolved this matter in its entirety and will be filing for dismissal of this lawsuit.

Date: April 10, 2017

Respectfully submitted,

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.
Bar No.: 0025871
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3383
Email: kimd@forthepeople.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served on all counsel of record via CM/ECF on this <u>10th</u> day of April, 2017.

<u>*/s/ Kimberly De Arcangelis*</u>
Kimberly De Arcangelis, Esq.