**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHARON SEDLOFF,

    Plaintiff,

v.     Case No: 6:17-cv-102-Orl-28GJK

DIALAMERICA MARKETING, INC.,

    Defendant.

## ORDER

In light of the Joint Stipulation for Dismissal with Prejudice (Doc. 17), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 18, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record